UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on August 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

RUTH DECARLO

Case No.:  19-22293RG

Hearing Date:  8/21/2019

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: August 21, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  19-22293RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 08/21/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the debtor must become current through August and provide proof of homeowner's insurance by 8/23/2019 or the case will be dismissed with no further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that in the event the Trustee e-payment is reversed, the case will be dismissed with no further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that the debtor must provide proof of current income by 9/4/2019 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 9/18/2019 at 8:30 a.m.